UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PCVA JANE DOE,<br><br>                    Plaintiff,<br><br>-against-<br><br>UMG RECORDINGS, INC. and KEVIN WESLEY LILES,<br><br>                    Defendants. | Case No. 1:25-cv-02745<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, PCVA Jane Doe, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice against the defendant UMG Recordings, Inc.

Dated: May 15, 2025

PFAU COCHRAN VERTETIS AMALA PLLC

By: _____
Lucas B. Franken #5476510
31 Hudson Yards, 11th Floor
New York, NY 10001-2170
Phone: (646) 480-0848
lfranken@pcvalaw.com

*Attorney for Plaintiff PCVA Jane Doe*

1